```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 16864
    JULIET G ARABIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7848


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/28/2005 and was confirmed 06/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
FIRST BANK & TRUST OF EV  SECURED            2105.48         54.25        2105.48
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED           .00           .00
BANK OF AMERICA NA        UNSECURED        NOT FILED           .00           .00
BANK OF AMERICA           NOTICE ONLY      NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          7868.37           .00        7868.37
ECAST SETTLEMENT CORP     UNSECURED         10916.68           .00       10916.68
BANK ONE                  NOTICE ONLY      NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED          9544.80           .00        9544.80
ZALUTSKY & PINSKI LTD     REIMBURSEMENT      194.00            .00         194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                        1,859.75
DEBTOR REFUND             REFUND                                         1,040.47

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             35,783.80

PRIORITY                                   194.00
SECURED                                  2,105.48
    INTEREST                                54.25
UNSECURED                               28,329.85
ADMINISTRATIVE                           2,200.00
TRUSTEE COMPENSATION                     1,859.75
DEBTOR REFUND                            1,040.47
                    ---------------     ---------------
TOTALS              35,783.80           35,783.80




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 16864 JULIET G ARABIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/28/08
                                /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE